Roger B. Radol, Esq. (7815)
KLEIN & RADOL LLC
15 Engle Street
P.O. Box 810
Englewood, NJ 07631
 (201) 567-6557
Attorney for Debtor, Allen George

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

_____

|  |  |  |
|---|---|---|
| In re: | : | Case No.: 04-12425 (MS) |
| ALLEN GEORGE | : |  |
|  | : | Adv. No. |
|  | : |  |
| Debtor | : | Judge: Morris Stern |
|  | : |  |
|  | : | Hearing Date: February 20, 2007 |
|  | : | Hearing Time: 12:00 PM |

_____

### MOTION TO RE-OPEN DEBTOR'S BANKRUPTCY AND AMEND HIS PETITION

**PLEASE TAKE NOTICE** that Roger B. Radol, Esq., attorney for Debtor, Allen George, in the above captioned mater, has filed papers with the Court requesting an Order as follows:

1.    To re-open the Debtor's bankruptcy and amend his petition

**YOUR RIGHTS MAY BE AFFECTED**.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one).

    If you do not want the Court to dismiss this case, or if you want the Court to consider your views on this motion, then on or before February 14, 2007, you or your attorney should:

1. File with the Court a written response explaining your position at: Clerk, United States Bankruptcy Court, M.L. King, Jr. Federal Bldg. & Courthouse, 3rd Floor, 50 Walnut Street, Newark, NJ 07102.

2. If you mail your response to the Court for filing, mail it early enough so the Court will receive it on or before the date stated above.

3. Also mail a copy to:
   Roger B. Radol, Esq.
   Klein & Radol, LLC
   15 Engle Street
   Suite 102
   Englewood, NJ 07631

4. Attend the Hearing scheduled to be held on **February 20, 2007 at 12:00 A.M.**

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an Order granting the relief.

**TAKE FURTHER NOTICE** that said Debtor, Allen George, will rely on the Certification submitted with these moving papers, in support of its application.

**TAKE FURTHER NOTICE** that said Debtor requests oral argument.

/s/ *Roger B. Radol*
Roger B. Radol, Esq.

Dated: January 23, 2007