Roger B. Radol, Esq. (7815)
KLEIN  & RADOL LLC
15 Engle Street
P.O. Box 810
Englewood, NJ 07631
 (201) 567-6557
Attorney for Debtor, Allen George

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

_____

|  |  |  |
|---|---|---|
| In re: | : | Case No.: 04-12425 (MS) |
| ALLEN GEORGE | : | |
| | : | Adv. No. |
| Debtor | : | Judge: Morris Stern |
| | : | |
| | : | Hearing Date:  February 20, 2007 |
| | : | Hearing Time: 12:00 PM |

_____

### CERTIFICATION IN SUPPORT OF MOTION TO REOPEN CASE AND ADD PRE-PETITION CREDITORS

Allen George hereby certifies:

1.   On January 26, 2004, I filed for Chapter 13 Bankruptcy protection.  On January 7, 2004, that Chapter 13 was converted into a Chapter 7.  On February 4, 2005 I received a Discharge in Bankruptcy.

2.  In January, 2004 when I filed my chapter 13 bankruptcy Court of New Jersey, I was represented by Jerold Mc Dowell, Esq.  At that time I was unaware that Mr. Mc Dowell was suffering from a brain tumor and was unable to properly represent me due to his inability to concentrate on my file.   Mr. Mc Dowell died in November 2005. Unfortunately, due to his illness there were many mistakes and omissions which were created and have caused me a substantial amount of difficulties. Subsequently, that bankruptcy was converted into a Chapter 7 on December 1, 2004.

3.   Recently, I discovered that several pre-petition creditors whose names that I had provided to Mr. Mc Dowell had not been named on my petition and are seeking payment from me.

4.   Therefore, I respectfully request that the following pre-petition creditors be listed on my bankruptcy.

Bergen Anesthesia Associates
PO Box 34049
Newark, NJ 07189-0049

Holy Name Hospital
718 Teaneck Rd,
Teaneck, NJ 07666


Eastern Orthopedics
222 Cedar Lane
`        Teaneck, NJ 07666



Caremark Inc.
2000 Galloping Hill Road
 Knlwth, NJ 07203


I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.



_/s/       Allen George_____

DATED January 23, 2007                    Allen George