Roger B. Radol, Esq. (7815)
KLEIN & RADOL LLC
15 Engle Street
P.O. Box 810
Englewood, NJ 07631
 (201) 567-6557
Attorney for Debtor, Allen George

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| In re: | : | Case No.: 04-12425 (MS) |
| ALLEN GEORGE | : |  |
|  | : | Adv. No. |
| Debtor | : | Judge: Morris Stern |
|  | : |  |
|  | :: | Hearing Date:  February 20, 2007 |
|  | : | Hearing Time: 12:00 PM |

## CERTIFICATION OF SERVICE

The undersigned hereby represents and certifies that she is an employee of the law firm of Klein & Radol, LLC, attorney for the Debtor, Allen George , and on the date set forth below deposited in a regularly maintained United States Postal Service depository, with appropriate postage affixed, copies of the within motion to reopen the Debtors case  and accompanying papers for service upon:

Bergen Anesthesia Associates
PO Box 34049
Newark, NJ 07189-0049

Holy Name Hospital
718 Teaneck Rd,
Teaneck, NJ 07666

Eastern Orthopedics
222 Cedar Lane
Teaneck, NJ 07666

Caremark Inc.
2000 Galloping Hill Road
 Knlwth, NJ 07203

I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:  January 23, 2007

                    /s/     Patricia Ricciardi

Patricia Ricciardi