

Roger B. Radol, Esq. (7815)
KLEIN & RADOL LLC
15 Engle Street
P.O. Box 810
Englewood, NJ 07631
(201) 567-6557
Attorney for Debtor, Allen George

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| In re: | : | Case No.: 04-12425 (MS) |
| ALLEN GEORGE | : |  |
|  | : | Adv. No. |
| Debtor | : | Judge: Morris Stern |
|  | : |  |
|  | : | Hearing Date: February 20, 2007 |
|  | : | Hearing Time: 12:00 PM |

**ORDER RE-OPENING CHAPTER 7 BANKRUPTCY CASE AND AMEND PETITION**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby Ordered.

**DATED: 2/21/2007**

_____
Honorable Morris Stern
United States Bankruptcy Judge

In re:   ALLEN GEORGE
Case No.: 04-12425 (MS)

**ORDER RE-OPENING CHAPTER 7 BANKRUPTCY CASE AND AMEND PETITION**
_____

**THIS MATTER** having come before the Court by Roger B. Radol, Esq., attorney for Debtor, Allen George, for an Order to Re-Open the Debtor's Chapter 7 Bankruptcy Case; and the Court having considered all papers filed by the interested parties in this matter and having heard argument of counsel; and for good cause shown;

It is hereby Ordered as follows:

1. Debtor's Chapter 7 Bankruptcy Case is hereby re-opened; and

2. Debtor is permitted to amend Petition to include the following creditors:

    A. Bergen Anesthesia Associates

    B. Holy Name Hospital

    C. Eastern Orthopedics

    D. Caremark Inc.

*Approved by Judge Morris Stern February 21, 2007*